IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL GLIECK,   )<br>                     )<br>         Plaintiff,   )<br>                     )<br>  vs.                )<br>                     )<br>MARTIN EARLE LEVIN, M.D., et al,   )<br>                     )<br>         Defendants.  )<br>_____  ) | No. C 06-7346 TEH (PR)<br><br>ORDER OF TRANSFER<br><br>(Docket No. 2) |

  Plaintiff, a prisoner at Calipatria State Prison, in Calipatria, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The events or omissions giving rise to the claims occurred, and the Defendants named reside, in the County of Imperial County, which lies within the venue of the Southern District of California.  See 28 U.S.C. § 84(d).  Venue therefore properly lies in the Southern District.  See id. § 1391(b).

  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.  SO ORDERED.

DATED:  12/18/06

_____
THELTON E. HENDERSON
United States District Judge